AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Nhan Ho Telephone: (313) 226-9100

Special Agent: Robert Holbrook Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

Weiheng ZENG

Case No. Case: 2:26–mj–30513
Assigned To : Unassigned
Assign. Date : 8/26/2026
Description: CMP USA V. ZENG (DJ)

FILED
AUG 28 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Weiheng ZENG,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001 - False statements

Date: August 26, 2026

[signature]
*Issuing officer's signature*

City and state: Detroit, MI

Kimberly Altman, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/26/2026, and the person was arrested on *(date)* 8/26/2026
at *(city and state)* ______.

Date: 8/26/2026

[signature]
*Arresting officer's signature*

Special Agent Robert Holbrook
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*