MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Case No. 26-mj-30513

v.

WEIHENG ZENG,

Defendant.

---

**NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY**

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

***Add the following AUSA(s):***

Name: Alyse Wu

Bar ID: P86553

Telephone: (313) 226-9589

Fax: (313) 226-2311

Email: Alyse.Wu@usdoj.gov

***Terminate the following AUSA(s):***

Name: ______________________

Telephone: ___________________

*s/ Alyse Wu*
Alyse Wu
Assistant United States
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9589
E-mail: Alyse.Wu@usdoj.gov

Dated: August 28, 2026