UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff.

Case No. 26-mj-30513
Hon. David R. Grand

v.

WEIHENG ZENG,

Defendant.
_______________________________/

**STIPULATION AND ORDER FOR SUBSTITUION OF COUNSEL**

The above parties, by and through their respective counsel, hereby stipulate to the withdrawal of counsel, Rhonda R. Brazile and substitute counsel William W. Swor, to represent Defendant Weiheng Zeng.

Respectfully submitted,

*s/ Rhonda R. Brazile (w/consent)*
Rhonda R. Brazile (P57170)
Federal Defender Office
613 Abbot, 5th Floor
Detroit, MI 48226
(313) 967-5850
Rhonda_Brazile@fd.org

*s/ William W. Swor*
William W. Swor (P21215)
Attorney for Weiheng Zeng
500 Griswold St., Suite 2450
Detroit, MI 48226
(313) 967-0200
wwswor@wwnet.net

Dated: 9/30/26

**SO ORDERED.**

*s/ David R. Grand*
Hon. David R. Grand
United States Magistrate Judge