UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff.

Case No. 26-mj-30513
Magistrate Judge David R. Grand

v.

WEIHENG ZENG,

Defendant.
_________________________________/

**APPEARANCE**

Please enter my appearance as counsel for Defendant, WEIHENG ZENG, in the above-entitled cause.

Respectfully submitted,

s/*William W. Swor*

WILLIAM W. SWOR (P21215)
Attorney for Weiheng Zeng
2450 Guardian Building
500 Griswold Street
Detroit, MI 48226
(313) 967-0200
wwswor@wwnet.net

DATED: September 30, 2026