**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 2:26-mj-30513

v.

WEIHENG ZENG,

Defendant.

---

**NOTICE OF APPEARANCE AS CO-COUNSEL**

MICHAEL A. RATAJ hereby enters his appearance as co-counsel for Weiheng Zeng in the above-entitled matter.

Respectfully submitted,

*/s/ Michael A. Rataj*

Michael A. Rataj (P43004)
Co-Counsel for Weiheng Zeng
500 Griswold St., Suite 2450
Detroit, MI 48226
(313) 963-4529
ratajmi@aol.com

Dated: October 4, 2026